IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RANDY MCNEAL, et al.          )
                              )
v.                            ) NO. 3-16-0067
                              ) JUDGE CAMPBELL
SMITH & WESSON CORP.          )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 11), Objections filed by the Plaintiffs (Docket No.14), and Response to the Objections (Docket No. 15), filed by Defendant.

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, the Response, and the file. The Objections of the Plaintiffs are overruled, and the Report and Recommendation is adopted and approved.

Plaintiffs object to the Report and Recommendation because they say they were in the process of filing requests for discovery. Plaintiffs do not make arguments against Defendant's Motion to Dismiss or point out erroneous portions of the Magistrate's Report and Recommendation. Any discovery which Plaintiffs might obtain would not be considered on this Motion in any event, since the Court may not consider documents outside the Complaint in ruling on a Motion to Dismiss.

For these reasons, Plaintiffs' Objections are over-ruled, the Report and Recommendation of the Magistrate Judge is affirmed, and Defendants' Motion to Dismiss is GRANTED.

Any other pending Motions are denied as moot, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE